**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York
_____ (State)

Case number (*If known*): _____ Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | VICTORY HOLDING CORP. |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | d/b/a VICTORY HOLDING CORPORATION |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 11 – 3394537 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 175-12 MAYFIELD RD  Number  Street | Number  Street |
| | P.O. Box |
| JAMAICA  NY  11432  City  State  ZIP Code | City  State  ZIP Code |
| KINGS  County | **Location of principal assets, if different from principal place of business**  388 5TH AVENUE  Number  Street |
| | BROOKLYN  NY  11215  City  State  ZIP Code |

5. **Debtor's website** (URL)  _____

Debtor **VICTORY HOLDING CORP.**
d/b/a VICTORY HOLDING CORPORATION    Case number (*if known*)_____
Name

| 6. | **Type of debtor** | ● Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ❑ Partnership (excluding LLP) |
|   |   | ❑ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
● Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑ Railroad (as defined in 11 U.S.C. § 101(44))
❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
5313 ___ ___ ___ ___

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

❑ Chapter 7
❑ Chapter 9
● Chapter 11. *Check **all** that apply*:

  ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ❑ A plan is being filed with this petition.

  ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ● No |
|---|---|---|
|   |   | ❑ Yes.  District _____ When _____ Case number _____ |
|   |   |                                                    MM / DD / YYYY |
|   |   |        District _____ When _____ Case number _____ |
|   |   |                                                    MM / DD / YYYY |

Debtor    **VICTORY HOLDING CORP.** d/b/a VICTORY HOLDING CORPORATION    Case number (*if known*)_____
        Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ● No<br>❑ Yes.   Debtor _____ Relationship _____<br>         District _____ When ___/___/_____<br>                                                             MM / DD / YYYY<br>         Case number, if known _____ |
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>● Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ● No<br>❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>     **Why does the property need immediate attention?** (*Check all that apply*.)<br>     ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>        What is the hazard? _____<br>     ❑ It needs to be physically secured or protected from the weather.<br>     ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>     ❑ Other _____<br><br>     **Where is the property?** _____<br>                                Number      Street<br>                            _____<br>                            _____    _____ _____<br>                            City                                 State ZIP Code<br><br>     **Is the property insured?**<br>     ❑ No<br>     ❑ Yes.   Insurance agency _____<br>               Contact name      _____<br>               Phone              _____ |

| | **Statistical and administrative information** |
|---|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>● Funds will be available for distribution to unsecured creditors.<br>❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ● 1-49           ❑ 1,000-5,000        ❑ 25,001-50,000<br>❑ 50-99          ❑ 5,001-10,000       ❑ 50,001-100,000<br>❑ 100-199       ❑ 10,001-25,000     ❑ More than 100,000<br>❑ 200-999 |

Debtor  **VICTORY HOLDING CORP.**
d/b/a VICTORY HOLDING CORPORATION
Name

Case number (*if known*)_____

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ● $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ● $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/26/2025
MM / DD / YYYY

✗ ___/S/ GERARD AGARD___          GERARD AGARD
Signature of authorized representative of debtor          Printed name

Title  PRESIDENT
VICTORY HOLDING CORP.
d/b/a VICTORY HOLDING CORPORATION

### 18. Signature of attorney

✗ ___/S/ JOSHUA REID BRONSTEIN ESQ___   Date  03/26/2025
Signature of attorney for debtor              MM / DD / YYYY

Joshua R. Bronstein, Esq
Printed name

Joshua R. Bronstein & Associates, PLLC
Firm name

114 Soundview Drive
Number    Street

Port Washington            NY        11050
City                State      ZIP Code

Tel 516-698-0202            brons5@yahoo.com
Contact phone              Email address

4178687                NEW YORK
Bar number              State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**